# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand and fourteen.

Before:     Ralph K. Winter,
                 *Circuit Judge*.

_____

Selvyn McLean,
    Plaintiff-Appellee,

                                              **ORDER**
v.                                           Docket No. 14-4251

Wayside Outreach Development, Inc.,
    Defendant-Appellant.

_____

    Appellant has filed a scheduling notification proposing an extended briefing deadline.

    IT IS HEREBY ORDERED that Appellant's brief is due on March 19, 2015. The appeal is dismissed effective March 19, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                   For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

